

**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.____13-00316_____

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: __/s/ Troy Benbow_____        Date: ___08/29/2013_____

UNITED STATES CUSTOMS & BORDER PROTECTION

157 Tradeport Drive

Atlanta, GA 30354



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.  13-00316

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: /s/ Troy Benbow                 Date: 08/29/2013

UNITED STATES CUSTOMS & BORDER PROTECTION

3150 Tchulahoma Road

Suite 1

Memphis, TN 38118



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.    13-00316

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By:    /s/ Troy Benbow                               Date:    08/29/2013

UNITED STATES CUSTOMS & BORDER PROTECTION

11099 South La Cienega Blvd.

Los Angeles, CA 90045



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.___13-00316_____

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

- A.    Consumption or other entry and the entry summary:
- B.    Commerical invoice:
- C.    Special Customs invoice:
- D.    Copy of protest or petition:
- E.    Copy of denial, in whole or in part, of the protest or petition:
- F.    Importer's exhibits:
- G.    Official and other representative samples:
- H.    Any official laboratory reports; and
- I.    A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: ___/s/ Troy Benbow_____    Date: ___08/29/2013_____

UNITED STATES CUSTOMS & BORDER PROTECTION

605 W. 4th Avenue
Suite 230
Anchorage, AK 99501



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.____13-00316____

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: __/s/ Troy Benbow__                    Date: __08/29/2013__

UNITED STATES CUSTOMS & BORDER PROTECTION

__5600 Pearl Street__
__Rosemopnt, IL 60018__



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.___13-00316_____

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A.   Consumption or other entry and the entry summary:
B.   Commerical invoice:
C.   Special Customs invoice:
D.   Copy of protest or petition:
E.   Copy of denial, in whole or in part, of the protest or petition:
F.   Importer's exhibits:
G.   Official and other representative samples:
H.   Any official laboratory reports; and
I.   A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: __/s/ Troy Benbow_____        Date: __08/29/2013_____

UNITED STATES CUSTOMS & BORDER PROTECTION

5600 Pearl Street

Rosemopnt, IL 60018



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.    13-00316

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By:  /s/ Troy Benbow                               Date:    08/29/2013

UNITED STATES CUSTOMS & BORDER PROTECTION

650 Administration Drive

Louisville, KY 40209



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

### NOTICE TO TRANSMIT OFFICIAL RECORD IN
### COURT NO.___13-00316

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A.  Consumption or other entry and the entry summary:
B.  Commerical invoice:
C.  Special Customs invoice:
D.  Copy of protest or petition:
E.  Copy of denial, in whole or in part, of the protest or petition:
F.  Importer's exhibits:
G.  Official and other representative samples:
H.  Any official laboratory reports; and
I.  A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: __/s/ Troy Benbow__          Date: __08/29/2013__

UNITED STATES CUSTOMS & BORDER PROTECTION

JFK International Airport

Bldg. #77

Jamaica, NY 11430



**United States Court
of International Trade**
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO.____13-00316_____

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE
OFFICE OF THE CLERK
ONE FEDERAL PLAZA - ROOM 397
NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: __/s/ Troy Benbow_____     Date: __08/29/2013_____

UNITED STATES CUSTOMS & BORDER PROTECTION

7501 Esters Blvd.
Suite 160
Irving, TX 75063

## SERVICE OF SUMMONS

I certify that a copy of this summons was returned to the person who filed the summons and a copy was served upon the Attorney in charge, International Trade Field Office, Commerical Litigation Branch; the Assistant Chief Counsel, International Trade Litigation; and the district director for the customs district in which the protest was denied. Service was made by the undersigned on the data shown below by mail except that service by delivery was made to Attorney-In-Charge, International Trade Field Office, Commerical Litigation Branch; and the Assistant Chief Counsel, International Trade Litigation

                                      Tina Potuto Kimble
                                      Clerk of the Court

Date: 08/29/2013                    By: /s/ Troy Benbow
                                                                Deputy Clerk